**Opinion filed January 31, 2013**



# In The

# Eleventh Court of Appeals

## No. 11-13-00006-CV

## IN RE JESUS MANUEL NAVARRETTE

### Original Mandamus Proceeding

## MEMORANDUM OPINION

Relator, Jesus Manuel Navarrette, has filed a petition for writ of mandamus complaining that Linda Haney, Ector County Clerk, has failed to forward a copy of a final judgment to him in a case wherein he is a party. He seeks an order from this court compelling the county clerk to do so. We dismiss for want of jurisdiction.

A court of appeals has no general writ power over a person other than a judge of a district or county court unless issuance of the writ is necessary to enforce the court's jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004). A court of appeals has no jurisdiction to issue a writ of mandamus against a trial court clerk unless necessary to enforce its jurisdiction. *In re Washington*, 7 S.W.3d 181, 182 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding). Relator has not shown that a writ of mandamus directed to the county clerk is necessary to enforce our jurisdiction. Therefore, we do not have jurisdiction to issue a writ of mandamus against the county clerk.

Accordingly, the petition for writ of mandamus is dismissed for want of jurisdiction.

PER CURIAM

January 31, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.